UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMED HIZAM ALKOBADI, doing business as A & H MARKET, HODA AHMED ALKOBADI,<br><br>　　　　　Defendants. | **Case No. 1:16-cv-01903-AWI-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 10) |

On March 1, 2017, Plaintiff filed a notice dismissing this action with prejudice. (ECF No. 10.) Defendants have not filed an answer or motion for summary judgment. In light of the dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　　Dated:   **March 6, 2017**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1